UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Margaret Miller,<br><br>              Plaintiff,<br>v.<br><br>My Tech Gurus, Inc.,<br><br>              Defendant. | Civil Action No.:  4:13-cv-00171 |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

  Margaret Miller ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).


Dated: October 17, 2013

            Respectfully submitted,

            By  */s/ Jody B. Burton*

            Jody B. Burton, Esq.
            Bar No.: 71681
            LEMBERG & ASSOCIATES L.L.C.
            1100 Summer Street, 3rd Floor
            Stamford, CT 06905
            Telephone: (203) 653-2250
            Facsimile:  (203) 653-3424
            E-mail: jburton@lemberglaw.com
            Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Jody B. Burton*
Jody B. Burton